IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>RAMIREZ PLASTERING, LLC, and ISMAEL RAMIREZ, individually;<br><br>Defendant. | 8:17CV37<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The motion to withdraw filed by Alton E. Mitchell, as counsel of record for Defendants, (Filing No. 38), is granted.

2) As to Defendant Ramirez Plastering, LLC, a limited liability corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before March 27, 2018, Defendant Ramirez Plastering, LLC. shall either obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendant Ramirez Plastering, LLC.

3) As to Defendant Ismael Ramirez, on or before March 27, 2018, this Defendant shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or a default judgment against Defendant Ismael Ramirez.

4) Defendants' motion to continue, (Filing No. 39), requesting additional time to respond to the government's motion for partial summary judgment, (Filing No. 36), and to exclude expert testimony, (Filing No. 34), is granted. Defendant's response to Plaintiff's motions shall be filed on or before April 10, 2018.

5) The clerk shall mail a copy of this order to Ismael Ramirez and to Ramirez Plastering, LLC at 1205 Monroe Street, Fort Calhoun, NE 68023.

March 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge