IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>RAMIREZ PLASTERING, LLC, and ISMAEL RAMIREZ, individually;<br><br>Defendants. | 8:17CV37<br><br>ORDER |

Defendants' counsel was granted leave to withdraw on March 6, 2018. ([Filing No. 41](#)).

Individual defendant Ismael Ramirez was given until March 27, 2018 to either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel, and was warned that the failure to do so may result in an entry of default and/or default judgment against him.

Corporate defendant Ramirez Plastering, LLC, was given until March 27, 2018 to obtain the services of counsel and have that attorney file an appearance on its behalf, and was warned that if it failed to do so, the court may file an entry and/or judgment of default against it without further notice.

Each Defendant has failed to comply with the court's order.

IT IS ORDERED:

1) Defendants Ismael Ramirez and Ramirez Plastering, LLC, are given until May 9, 2018 to show cause why the court should not enter a default and/or default judgment against defendants without further notice.

2) The clerk shall mail a copy of this order to Ismael Ramirez and to Ramirez Plastering, LLC at 1205 Monroe Street, Fort Calhoun, NE 68023.

Dated this 9th day of April, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge