IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>RAMIREZ PLASTERING, LLC, and ISMAEL RAMIREZ;<br><br>Defendants. | **8:17CV37**<br><br>**ORDER** |

By default, a judgment of liability has been entered against Defendants. As to damages, Plaintiff has moved for entry of judgment in the amount of $67,854.52 for back wages, plus an equal amount in liquidated damages, for a total of $135,709.04.

Accordingly,

IT IS ORDERED:

1) On or before June 13, 2018, Defendants shall respond to Plaintiff's motion for entry of a default judgment in the amount of $135,709.04. (Filing No. 44). Absent Defendants' timely response, a judgment will be entered against Defendants in the amount of $135,709.04 without further notice.

2) The clerk shall set a case management deadline of June 14, 2018, and shall mail a copy of this order to Ismael Ramirez and to Ramirez Plastering, LLC at 1205 Monroe Street, Fort Calhoun, NE 68023.

May 31, 2018,

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge