IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EDWARD C. HUGLER, Acting Secretary of Labor, United States Department of Labor;<br><br>Plaintiff,<br><br>vs.<br><br>RAMIREZ PLASTERING, LLC, and ISMAEL RAMIREZ,<br><br>Defendant. | 8:17CV37<br><br>**ORDER** |

Defendants Ramirez Plastering, LLC and Ismael Ramirez have not timely responded or objected to Plaintiff's motion for entry of default judgment. (Filing No. 44). Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for entry of a default judgment in the amount of $135,709.04, (Filing No. 44), is granted.

2) A separate judgment will be entered accordingly.

June 14, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge